**Copyrights-In-Suit for IP Address 98.193.89.38**

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 11/19/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 08/06/2017 |
| Emerald Love | PA0002078611 | 07/22/2017 | 08/30/2017 | 08/06/2017 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 08/06/2017 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 08/06/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 03/14/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 03/14/2017 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 03/14/2017 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 06/12/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 9**

EXHIBIT B

NIL835